IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | NO. 3:21-cr-131 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | MOTION TO FILE SEALED |
| | ) | EXHIBIT (Unresisted) |
| SAMEER CHANDULAL PATEL, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant, Sameer Patel, hereby requests permission to file an evaluation performed by Dr. Luis Rosell under seal for use at sentencing. The report contains the results of psychological evaluations that are considered confidential by law. The assistant US attorney does not object to this request.

WHERFORE defendant prays that he be allowed to file Dr. Rosell's report under seal.

SAMEER PATEL

BY: _____/s/__JOHN O. MOELLER
JOHN O. MOELLER
Attorney for Defendant
1503 Brady Street
Davenport, Iowa 52803
Telephone No. 563/323-3014
E-mail: moellerj@muscanet.com

CERTIFICATE OF SERVICE:

I hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM ECF

system.  I hereby certify that a copy of this document was served on the parties or attorneys of record.
<u>/s/ John O. Moeller </u>ECF/Electronic filing.